

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2015

**BY HAND AND ECF**

**TO BE FILED UNDER SEAL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. John Bowens, 15 Cr. 542 (VEC)

Dear Judge Caproni:

The Government respectfully submits this letter in response to the defendant's September 2, 2015 submission, and in advance of the hearing on the Order to Show Cause scheduled for September 16, 2015. As noted in the defendant's submission, the Government defers to the treatment decisions made by the Bureau of Prisons ("BOP"), and in particular, to the treatment decisions made by the defendant's treating psychiatrist at the Metropolitan Correctional Center ("MCC"), Dr. Chibudem Okafor.

To that end, the Government intends to make Dr. Okafor available at the September 16, 2015 hearing, should the Court wish to hear testimony from him, or speak with him, regarding his treatment decisions. The Government encloses herewith as Attachment A the defendant's medical records while at MCC, which include Dr. Okafor's treatment notes. The Government also intends to make available Stephanie Scannell-Vessella, Esq., a staff attorney at MCC. ███████ ████████████████████████████████████████

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  _____/s/_____
Rebekah Donaleski
Assistant United States Attorney
(212) 637-2423

cc: Martin Cohen, Esq. (*by ECF*)
Stephanie Scannell-Vessella, Esq. (*by electronic mail*)